TOMMY RAY JACKSON                                   CASE NO. 18-21077-JRS


ALPHA RECEIVABLES, INC
FREDERICK J. HANNA & ASSOCIATES, PC
1427 ROSWELL ROAD
MARIETTA, GA 30062

AS MEDICAL INC
194 HOSPITAL ROAD
BLAIRSVILLE, GA 30512

Southland Hospitalist
P.O. Box 3332
Indianapolis, IN
46206

CBA OF GA INC
MOUNTAIN EMERGENCY ANIMAL CE
64 SAILORS DRIVE SUITE 102
ELLIJAY, GA 30540

CREDIT BUREAU ASSOCIATES
PO BOX 1095
ELLIJAY, GA 30540-0014

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS, NV 89193-8873

CSA
PO BOX 8048
ATHENS, GA 30603-8048

CURTIN LAW FIRM, P.C.
2964 PEACHTREE ROAD, N.W.
SUITE 200
ATLANTA, GA 30305-2112

DOSS BAKER AAA STAINED GLASS REPAIRS
5990 HOLLAND DRIVE
CUMMING, GA 30041

ENCOMPASS
6688 N CENTRAL EXPRESSWAY
SUITE 1300

```
DALLAS, TX 75206

ENHANCED RECOVERY CO L
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32207

ENT SOLUTIONS
11 HOSPITAL WAY
BLAIRSVILLE, GA 30512-3144

ERLANGER
975 EAST THIRD STREET
CHATTANOOGA, TN 37403

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

FIRST PREMIER
3820 N LOUISE AVE
TAPE ONLY
SIOUX FALLS, SD 57107-0145

FROST-ARNETT COMPANY
PO BOX 198988
NASHVILLE, TN 37219-8988

GAINESVILLE IMAGING ASSOC PC
PO BOX 1797
GAINESVILLE, GA 30503-1797

GEORGIA MOUNTAIN SURGICAL ASSOCIATES
WILLIS E MOODY III, MD
PO BOX 2238
BLAIRSVILLE, GA 30514

JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 772813
CHICAGO, IL 60677-2813

JACOBUS ENERGY, INC
STUPAR, SCHUSTER & COOPER, S.C.
633 W. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53203

MERRICK BANK
PO BOX 9201
```

```
OLD BETHPAGE, NY 11804-9001
MERRICK BANK
PO BOX 660702
DALLAS, TX 75266-0702

MID AMERICA BANK & TRUST
PO BOX 400
DIXON, MO 65459-0400

MIDLAND FUNDING, LLC
PO BOX 2001
WARREN, MI 48090

ATLANTIC CREDIT & FINANCE
PO BOX 2001
WARREN, MI 48090

NPAS, INC.
PO BOX 99400
LOUISVILLE, KY 40269

PARAGON REVENUE GROUP
PO BOX 127
CONCORD, NC 28026-0127

PARK STERLING BANK
PO BOX 2249
GASTONIA, NC 28053-2249

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD
SUITE 1
NORFOLK, VA 29501

PORTFOLIO RECOVERY ASSOC
RIVERSIDE COMMERCE CENTER
120 CORPORATE BLVD
SUITE 100
NORFOLK, VA 23502-4962

ROBBIE E COLWELL, PC
PO BOX 1120
BLAIRSVILLE, GA 30514

D T EXPRESS LLC
1224 PAT HARALSON MEMORIAL DRIVE
BLAIRSVILLE, GA 30512
```

SALVUS LABS LLC
PO BOX 6529
MCKINNEY, TX 75071-5114

SOUTHLAND UNION EMERGENCY MEDICAL SERVICES, LLC
PO BOX 3350
INDIANAPOLIS, IN 46206-3350

STALLINGS FINANCIAL GROUP INC
PO BOX 4430
MARIETTA, GA 30061-4430

STATE OF GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION
ATHENS REGIONAL OFFICE
3700 ATLANTA HWY
SUITE 26B
ATHENS, GA 30606

SURGICAL ASSOCIATES OF NORTH GEORGIA, LLC
37 HOSPITAL WAY
BUILDING 9 SUITE B
BLAIRSVILLE, GA 30512

TENNESSEE RIVER PHYSICIANS, PLLC
PO BOX 14000
BELFAST, ME 04915-4033

TENNESSEE INTERVENTIONAL & IMAGING ASSOCIATES
PO BOX 306135
NASHVILLE, TN 37230-6135

THOMAS LAW FIRM, PC
11623 COLDWATER ROAD
SUITE 104
FORT WAYNE, IN 46845

VERVE
PO BOX 31292
TAMPA, FL 33631-3292

GILROY, BAILEY & TRUMBLE, LLC
3780 MANSELL ROAD
SUITE 140
ALPHARETTA, GA 30022

SAM SLIGER
PO BOX 555
CORNELIA, GA 30531

PAUL J. YORK ATTORNEY AT LAW
PO BOX 38
CORNELIA, GA 30531

R. JOHN BOEMANNS
4645 SPRING STREET
APT 1427
ACWORTH, GA 30101

ALDRIDGE PITE, LLP
3573 PIEDMONT ROAD, NE
FIFTEEN PIEDMONT CENTER,
SUITE 500
ATLANTA, GA 30305

KRISTINE E BROWN
732 KENNESAW AVENUE
SUITE 130
MARIETTA, GA 30060

L DAVID WOLFE
101 MARIETTA STREET
SUITE 3325
ATLANTA, GA 30303

DEPARTMENT OF TREASURY
REGIONAL OFFICE
528 BROAD STREET SE
GAINESVILLE, GA 30501-3728

HSBC BANK NEVADA NA
120 CORPORATE BLVD
SUITE 1
NORFOLK, VA 23502

UNION GENERAL HOSPITAL
35 HOSPITAL ROAD
BLAIRSVILLE, GA 30512

FIRST FRANKLIN
417 BLUE RIDGE STREET
SUITE 1

BLAIRSVILLE, GA 30512

X  /s/ Tommy Ray Jackson                                    DATE 6/7/18
   TOMMY RAY JACKSON